**UNITED STATES** *versus* **JAMES HALE.**

JOURNAL ENTRIES (1828–29): *Journal 4:* (1) Continued *p. 194; (2) motion for rule to join in error *p. 217; (3) submitted *p. 327; (4) judgment reversed *p. 339.

PAPERS IN FILE: (1) Writ of error, allocatur, transcript of record; (2) assignment of errors; (3) motion for rule to join in error; (4) joinder in error; (5) bill of costs in county court.

*1824–36 Calendar* MS p. 143. Recorded in *Book C*, MS pp. 241–5.

**UNITED STATES** *versus* **JAMES HALE.**

JOURNAL ENTRIES (1828–29): *Journal 4:* (1) Continued *p. 194; (2) submitted *p. 327; (3) judgment reversed *p. 339.

PAPERS IN FILE: (1) Writ of error, allocatur, transcript of record; (2) assignment of errors; (3) joinder in error.

*1824–36 Calendar*, MS p. 144. Recorded in *Book C*, MS pp. 246–50.

**IN THE MATTER OF THE ESTATE OF STEPHEN MACK.**

JOURNAL ENTRIES (1828–29): *Journal 4:* (1) Notice of petition ordered published *p. 202; (2) motion for license to sell *p. 242; (3) protest filed, license granted *p. 243; (4) motion to amend order for sale *p. 296; (5) notice of petition ordered published *p. 301.

PAPERS IN FILE: (1) Petition, certificate of judge of probate; (2) motion for directions for giving notice; (3) draft of order for notice; (4) motion for license to sell; (5) protest of Solomon Sibley against sale; (6–7) drafts of license to sell; (8) certificate of judge of probate.

*1824–36 Calendar*, MS p. 160.

**IN THE MATTER OF THE ESTATE OF FRIEND PALMER, DECEASED (ANSEL FROST, PETITIONER).**

JOURNAL ENTRIES (1828): *Journal 4:* (1) Notice of petition ordered published *p. 207; (2) license to convey granted *p. 246.

PAPERS IN FILE: (1) Petition, affidavit of Thomas Palmer; (2) draft of order for publication of notice; (3) affidavit of publication; (4) draft of license to convey.

*1824–36 Calendar*, MS p. 166.